Pro Se 10 (Rev. 12/16) Complaint for the Conversion of Property

# UNITED STATES DISTRICT COURT
for the
Southern District of California
_____ Division

**FILED**
Nov 15 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ cynthial   DEPUTY

Humberto Farias
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Carlyle Investment Management, LLC
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) SEE ATTACHMENT

Case No. **'22CV1790 DMS DDL**
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☒ Yes  ☐ No

## COMPLAINT FOR THE CONVERSION OF PROPERTY
(28 U.S.C. § 1332; Diversity of Citizenship)

I.   **The Parties to This Complaint**

   A.   **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Humberto Farias
   Street Address: 15595 Ceres Ave
   City and County: Fontana, San Bernardino
   State and Zip Code: CA 92335
   Telephone Number: (909) 578-2918
   E-mail Address:

   B.   **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 10 (Rev. 12/16) Complaint for the Conversion of Property

**Defendant No. 1**
- Name: Carlyle Investment Management, LLC
- Job or Title (if known): Corporation – Limited Liability (Delaware)
- Street Address: 1001 Pennsylvania Ave NW
- City and County: Washington, DC
- State and Zip Code: DC 20004
- Telephone Number: (202) 729-5626
- E-mail Address (if known):

**Defendant No. 2**
- Name: CPI/GV Crestview Estates Owner, LLC
- Job or Title (if known): Corporation – Limited Liability (Delaware)
- Street Address: 1001 Pennsylvania Ave. NW
- City and County: Washington, DC
- State and Zip Code: 20004
- Telephone Number: (202) 729-5626
- E-mail Address (if known):

**Defendant No. 3**
- Name: CPI/GV Crestview Estates TRS, LLC
- Job or Title (if known): Corporation – Limited Liability (Delaware)
- Street Address: 1001 Pennsylvania Ave. NW
- City and County: Washington, DC
- State and Zip Code: 20004
- Telephone Number: (202) 729-5626
- E-mail Address (if known):

**Defendant No. 4**
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 10 (Rev. 12/16) Complaint for the Conversion of Property

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual

    The plaintiff, *(name)* __Humberto Farias__, is a citizen of the State of *(name)* __California__.

2. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

2. If the defendant is a corporation

    The defendant, *(name)* __Carlyle Investment Management, LLC__, is incorporated under the laws of the State of *(name)* __Delaware__, and has its principal place of business in the State of *(name)* __Washington, DC__.
    Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

Pro Se 10 (Rev. 12/16) Complaint for the Conversion of Property

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain):* DEFENDANT Theft and conversion of mobile home, ENTIRE contents inside Mobile Home, that includes a valuable book collections, antiques.

## III. Statement of Claim

A. Describe the property that you own that is the subject of this complaint, including its value: Mobile Home and entire contents of personal property including valuable books + antiques.

B. How and when did you come to own the property? Ownership Nov. 21, 2018 Transfer of mobile Home from previous owner, Joseph F. St. Jean.

C. How and when did the defendant(s) obtain possession of the property? Describe with particularity the actions the defendant(s) took to convert the property. On about September, 2019 Mobile Home was situated on defendants mobile home park, on space 24, Crestview Estates, Senior mobile home park, 1120 E. Mission Rd., Fallbrook, CA 92028, Defendant hired Aldrich Transport Co for its removal to Mexico.

D. *(If the defendant(s) rightfully came into possession of the property):* Describe how and when you notified the defendant(s) that the property belonged to you. Describe how and when you demanded that the defendant(s) deliver or return the property, and what response you received from the defendant(s). Attach a copy of any written correspondence with the defendant(s), if such copies exist.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 10 (Rev. 12/16) Complaint for the Conversion of Property

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11-05-22

Signature of Plaintiff: *Humberto Farias* (signature)
Printed Name of Plaintiff: HUMBERTO FARIA

### B. For Attorneys

Date of signing: 

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

## ATTACHMENT

II. Basis for Jurisdiction

    B. The Defendant(s)

        The defendant is a corporation:

        The Defendant: CPI/GV Crestview Estates Owner, LLC is incorporated under the laws of the State of Delaware; and has its principal place of business in the State of Washington DC.

        The defendant is a corporation:

        The Defendant: CPI/GV Crestview Estates TRS, LLC is incorporated under the laws of the State of Delaware; and has its principal place of business in the State of Washington DC

IV. Relief

    The Defendant forged my name on his State of California Dept. of Housing & Community Development application of transfer of title which is being processed. Without holding title, Defendant hired a transportation company, misrepresenting his ownership, without regard of implicating innocent parties to his fraud. Defendant intentionally had my mobile home sent to Mexico knowing that it could never be relocated back to the United States. This is not Defendant's isolated theft. Defendant also stole the mobile home on Space 23 and also sent it to Mexico, using the same company. Defendant's fraudulent, intentional, action targets the defenseless elderly. Plaintiff's main objective is a criminal conviction and whatever damages and legal entitlements that the Court grants will be acceptable to the plaintiff.